**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6195

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

KENNETH LEE BROWN,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Spartanburg.  Henry M. Herlong, Jr., Senior District Judge.  (7:04-cr-00027-HMH-1)

Submitted:  October 31, 2023                                      Decided:  November 3, 2023

Before HARRIS and QUATTLEBAUM, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kenneth Lee Brown, Appellant Pro Se.  Justin William Holloway, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Greenville, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Lee Brown appeals the district court's orders granting his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1) and reducing his sentence to an aggregate 446 months' imprisonment and denying his motions for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *United States v. Brown*, No. 7:04-cr-00027-HMH-1 (D.S.C. July 12, 2021; Dec. 20, 2021; Dec. 20, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*